# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jose Jesus CAMPOS-FLORES**<br>DOB: xx/xx/1985<br>Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>17-04221MJ |
| Complaint for violation of Title 18 United States Code § 554(a) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about January 9, 2017, at or near Nogales, in the District of Arizona, **Jose Jesus CAMPOS-FLORES**, did fraudulently and knowingly attempt to export and send from the United States into the Republic of Mexico, any merchandise, article, and object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: one Smith and Wesson M&P15 model, 5.56mm rifle bearing serial number ST38011; one Colt M4 Carbine model, 5.56mm rifle bearing serial number LE557357; one Colt M4 Carbine model, 5.56mm rifle bearing serial number LE558162; one Colt M4 Carbine model, 5.56mm rifle bearing serial number LE554714; one Morrissey M4 AAM-47SF model, 7.62x39mm rifle bearing serial number AA2-000900; one GP/WASR 10/63 model, 7.62x39mm rifle bearing serial number 1966TU0598; one Century Arms Golani Sporter model, .223 (5.56mm) rifle bearing serial number GAL04134; one Taurus model PT1911, .45 ACP semi-automatic pistol bearing serial number NAS20765; sixteen 7.62x39mm magazines; six 5.56mm magazines; one .45 ACP semi-automatic pistol magazine; and 154 rounds of 7.62x39mm ammunition; 42 rounds .45 ACP ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On the evening of January 9, 2017, **Jose Jesus CAMPOS-FLORES** attempted to depart the United States through the DeConcini Port of Entry in Nogales, Arizona, into the Republic of Mexico. driving a Sonoran plated Chevrolet Silverado pickup truck bearing license plate number VC43005. **Jose Jesus CAMPOS-FLORES** was the sole occupant of the vehicle which was selected for additional inspection. **Jose Jesus CAMPOS-FLORES** gave U.S. Customs and Border Protection officers a negative oral Customs declaration for possessing weapons, ammunition, or currency in excess of $10,000. **Jose Jesus CAMPOS-FLORES** told officers that he had been to Tucson, Arizona, and then at the Wal-Mart in Nogales, Arizona, and was now traveling to his home in Nogales, Sonora, Mexico. He stated that the vehicle was registered to his brother-in-law, however, no Mexican registration documents were located in the vehicle. An automobile insurance document was found in the vehicle which indicated an insured party as Juan Pedro Dorame-Avila and listed **Jose Jesus CAMPOS-FLORES** as the driver. An inspection of the vehicle revealed a large speaker box located behind the driver's seat which upon x-raying and opening of the speaker box, officers discovered the following firearms, magazines, and ammunition identified as (continued on back page):

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>REVIEWED by AUSA Raquel Arellano *Raquel Arellano*<br>Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT<br>*Carlo Petersen*<br>OFFICIAL TITLE<br>HSI Special Agent Jeffrey B. Weidenhaft |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 10, 2017 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

(Cont. from the front page...)

one Smith and Wesson M&P15 model, 5.56mm rifle bearing serial number ST38011; one Colt M4 Carbine model, 5.56mm rifle bearing serial number LE557357; one Colt M4 Carbine model, 5.56mm rifle bearing serial number LE558162; one Colt M4 Carbine model, 5.56mm rifle bearing serial number LE554714; one Morrissey M4 AAM-47SF model, 7.62x39mm rifle bearing serial number AA2-000900; one GP/WASR 10/63 model, 7.62x39mm rifle bearing serial number 1966TU0598; one Century Arms Golani Sporter model, .223 (5.56mm) rifle bearing serial number GAL04134; one Taurus model PT1911, .45 ACP semi-automatic pistol bearing serial number NAS20765; sixteen 7.62x39mm magazines; six 5.56mm magazines; one .45 ACP semi-automatic pistol magazine; and 154 rounds of 7.62x39mm ammunition; 42 rounds .45 ACP ammunition. Overall, there were 7 rifles, 1 semi-automatic pistol, magazines, and ammunition. Officers also found two holsters concealed within the box beneath a layer of gray foam. Additionally, the rifles were wrapped in plastic wrap and two of the 7.62x39mm magazines were found to be loaded (one with 30 rounds and the other with 27 rounds). The vehicle contained Wal-Mart shopping bags. **Jose Jesus CAMPOS-FLORES** was subsequently arrested.

Port of Entry records in Nogales, Arizona, showed that this particular vehicle had entered the United States earlier the same day and that an x-ray inspection of the vehicle did not reveal the above-listed contents of the speaker box.

**Jose Jesus CAMPOS-FLORES** did not have a license, permit, or other lawful authority to export the firearms, magazines, and ~~magazines~~ ammunition from the United States into the Republic of Mexico.